IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02553-KLM

FAYON ANGLIN,

    Plaintiff,

v.

WAL-MART STORES INC., a Delaware corporation,

    Defendant.
_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Joint Motion to Amend Scheduling Order for Depositions of Dr. Paul Stone and Dr. Alan Ng** [#27][1] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#27] is **GRANTED**. The Scheduling Order [#13] is amended to extend the **Discovery Cut-Off** through **July 24, 2015**, for the limited purpose of allowing the parties to depose Dr. Paul Stone and Dr. Alan Ng.

    Dated: June 29, 2015

---

[1] "[#27]" is an example of the convention the Court uses to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF). The Court uses this convention throughout this Minute Order.