IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02553-KLM

FAYON ANGLIN,

      Plaintiff,

v.

WAL-MART STORES INC., a Delaware corporation,

      Defendant.

_____

## MINUTE ORDER

_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

      This matter is before the Court on the **Joint Notice of Settlement** [#31][1].

      IT IS HEREBY **ORDERED** that the Final Pretrial/Trial Preparation Conference set for November 12, 2015 at 10:30 a.m. is **VACATED**.

      IT IS FURTHER **ORDERED** that the five-day Jury Trial set for November 30 through December 4, 2015 is **VACATED**.

      IT IS FURTHER **ORDERED** that Plaintiff Fayon Anglin's Opposed Motion to Amend Scheduling Order [#24] is **DENIED as moot**.

      IT IS FURTHER **ORDERED** that the parties shall file dismissal papers on or before **August 10, 2015.**

      Dated:  July 20, 2015

---

[1]  "[#31]" is an example of the convention I use to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF).